# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6 — 789 — 191**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

AUG.  14,  2012
Month  Day  Year

APPLICATION RECEIVED
8/14/2012

ONE DEPOSIT RECEIVED
8/14/2012

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under Identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER                                         City/State ▼

**OIL DAILY**                                   New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| July | 2012 | 22 | | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ  United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) July     2     2012    (Last) July     31     2012
Month ▲  Day ▲  Year ▲        Month ▲  Day ▲  Year ▲

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*

Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

Fax  212-532-4479    Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2004-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6-774-762**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

**OCTOBER 10 2012**
Month     Day     Year

**APPLICATION RECEIVED**
OCT 1 0 2012

**ONE DEPOSIT RECEIVED**
OCT 1 0 2012

**FEE RECEIVED**

**EXAMINED BY** PSTAN

**CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

*If no previous registration under identical title, check here* ☐

TITLE OF THIS    ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
                 ☑ NEWSLETTER

OIL DAILY                                                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| August     2012 | 23 | | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) August        1        2012      (Last) August        31        2012
       Month ▲      Day▲     Year▲            Month ▲       Day▲      Year▲

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A Brown_     Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT
Name   Deborah A. Brown                                       Account number   DA083550
Daytime telephone number   ( 646 ) 616-0824                   Name of account
Address (if other than given below)  _____              _Energy Intelligence Group_

Fax   212-532-4479      Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address | Name▼ |
|---|---|
| | Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
| | Number/Street/Apt ▼ |
| | 5 East 37th Street, 5th Floor |
| | City/State/Zip ▼ |
| | New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-774-760**

*1TX0006774760*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

OCTOBER 10 2012
Month     Day     Year

APPLICATION RECEIVED
OCT 1 0 2012

ONE DEPOSIT RECEIVED
OCT 1 0 2012

FEE RECEIVED

EXAMINED BY PSTAN
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER — AS IT APPEARS ON THE COPIES ▼

**OIL DAILY**

City/State ▼

**New York, NY**

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| September 2012 | 20 | | 62 |

---

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

---

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) September 3 2012     (Last) September 28 2012
Month ▲  Day ▲  Year ▲         Month ▲  Day ▲  Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____
Fax   212-532-4479     Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6−790−254**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **DEC** Day **7** Year **2012**

APPLICATION RECEIVED
DEC 0 7 2012

ONE DEPOSIT RECEIVED
DEC 0 7 2012

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼      City/State▼
☑ NEWSLETTER

*If no previous registration under identical title, check here* ☐

OIL DAILY                                                          New York, NY

| Month and year date on copies ▼ | Number of Issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October   2012 | 22 | | 62 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | October | 1 | 2012 | (Last) | October | 30 | 2012 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

CERTIFICATION *I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*      Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number  ( 646 ) 616-0824

Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

R **TX 6 – 790 – 255**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month **Dec** Day **17** Year **20 12**

APPLICATION RECEIVED
**DEC 0 7 2012**

ONE DEPOSIT RECEIVED
**DEC 0 7 2012**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼      City/State▼
☑ NEWSLETTER

**OIL DAILY**                                                        New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| November   2012 | 22 | | 62 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited            Energy Intelligence Group, Inc.
Interpark House 3rd Floor                          5 East 37th Street
7 Down Street                                      5th Floor
London W1J 7AJ   United Kingdom                    New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) November      1        2012     (Last) November     30       2012
       Month ▲      Day▲     Year▲            Month ▲      Day▲    Year▲

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*       Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM       DEPOSIT ACCOUNT

Name   Deborah A. Brown                                     Account number  DA083550

Daytime telephone number  ( 646 ) 616-0824                  Name of account
Address (if other than given below)                         Energy Intelligence Group

Fax   212-532-4479       Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   Printed on recycled paper                   U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-676-538

**Effective date of registration:**
February 21, 2013

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY

**Month/Year:** December 2012

## Completion/ Publication

**Publication Date of First Issue:** December 3, 2012
**Publication Date of Last Issue:** December 31, 2012
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, Text

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

Registration #:   TX0007676538
Service Request #:   1-929795485

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street 5th Floor
New York, NY 10016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-676-528

**Effective date of registration:**
February 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | January 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | January 2, 2013 |
| **Publication Date of Last Issue:** | January 31, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

Registration #:  TX0007676528
Service Request #:  1-929835849



Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-744-517

**Effective date of
registration:**
April 24, 2013

## Title

**Title of Work:** Oil Daily

**City/State:** New York, NY

**Month/Year:** February 2013

## Completion/Publication

**Publication Date of First Issue:** February 1, 2013
**Publication Date of Last Issue:** February 28, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United
Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
Energy Intelligence 5 East 37th Street, 5th Floor, New York, NY, 10016-
2807

## Certification

Name:   Deborah A. Brown

Correspondence:   Yes



Registration #:   TX0007744517
Service Request #:   1-944933504



Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-744-541

**Effective date of registration:**
April 24, 2013

## Title

**Title of Work:** Oily Daily

**City/State:** New York, NY

**Month/Year:** March 2013

## Completion/Publication

**Publication Date of First Issue:** March 1, 2013
**Publication Date of Last Issue:** March 28, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
7 Down Street, London, W1J7A, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 1001 6-2807

## Certification

**Name:** Deborah A. Brown

**Correspondence:** Yes



Registration #:  TX0007744541
Service Request #:  1-945043421



Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-726-260

**Effective date of registration:**
July 2, 2013

## Title

**Title of Work:** OIL DAILY, 63

**City/State:** New York, NY

**Month/Year:** April 2013

## Completion/Publication

**Publication Date of First Issue:** April 1, 2013
**Publication Date of Last Issue:** April 30, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 22

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, WIIJ 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street 5th, 5th Floor, New York,, NY, 10016-2807

Certification

Name:   Deborah A. Brown



Registration #:  TX0007726260

Service Request #:  1-966133609



Energy Intelligence Group (UK) Limited
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

TX 7-726-259

**Effective date of registration:**

July 2, 2013

## Title

**Title of Work:** OIL DAILY, 63

**City/State:** New York, NY

**Month/Year:** May 2013

## Completion/Publication

**Publication Date of First Issue:** May 1, 2013
**Publication Date of Last Issue:** May 31, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** editing, text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York,, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown



Registration #:  TX0007726259
Service Request #:  1-966116039



Energy Intelligence Group
Deborah A. Brown
5 East 37th Street,
5th Floor
New York,, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-726-232**

**Effective date of registration:**
July 3, 2013

## Title

**Title of Work:** OIL DAILY, 63

**City/State:** New York, NY

**Month/Year:** June 2013

## Completion/Publication

**Publication Date of First Issue:** June 3, 2013
**Publication Date of Last Issue:** June 28, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group (UK) Limited

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York,, NY, 10016-2807

**Copyright Claimant:** Energy Intelligence Group (UK) Limited

## Certification

**Name:** Deborah A. Brown

Registration #:   TX0007726232
Service Request #:   1-965936234



Energy Intelligence Group, Inc.
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-898-912

**Effective date of
registration:**
November 12, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | September 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 2, 2013 |
| **Publication Date of Last Issue:** | September 30, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 100 1 6-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-989-343**

**Effective Date of Registration:**
September 24, 2013

---

## Title

**Title of Work:** OIL DAILY  -  [Edition: 63]

**City/State:** New York, NY
**Month/Year:** July 2013

## Completion/Publication

**Publication Date of First Issue:** July 01, 2013
**Publication Date of Last Issue:** July 01, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

## Certification

**Name:** Deborah A. Brown



Registration #:   TX0007989343
Service Request #:   1-1007561432

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-946-126

**Effective date of registration:**
September 24, 2013

---

## Title

**Title of Work:** OIL DAILY   [Edition:  63]

**City/State:** New York, NY

**Month/Year:** August 2013

---

## Completion/Publication

**Publication Date of First Issue:** August 1, 2013
**Publication Date of Last Issue:** August 30, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 22

---

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, Text
**Work made for hire:** Yes

---

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

**Certification**

Name: Deborah A. Brown



Registration #:   TX0007946126
Service Request #:   1-1007530628



Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street
5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-991-979**
**Effective Date of Registration:**
November 12, 2013

## Title

**Title of Work:** OIL DAILY  -  [Edition: 63]

**City/State:** New York, NY
**Month/Year:** October 2013

## Completion/Publication

**Publication Date of First Issue:** October 01, 2013
**Publication Date of Last Issue:** October 31, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, Text
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th FLoor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

*00001X00079919790202*

Registration #:   TX0007991979
Service Request #:   1-1029862440

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-068-878**

**Effective Date of Registration:**
January 10, 2014

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | November 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | November 01, 2013 |
| **Publication Date of Last Issue:** | November 29, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008068878
**Service Request #:**   1-1174513272

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-058-300

**Effective Date of Registration:**
January 10, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | December 02, 2013 |
| **Publication Date of Last Issue:** | December 31, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

*00001TX000080583000202*

Registration #:   TX0008058300
Service Request #:   1-1146880932

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

*00001TX000380683000201*