# EXHIBIT H

| | |
|---|---|
| From: | Renewal@energyintel.com |
| Sent: | 6/4/2015 2:58:02 PM +0000 |
| To: | cvalette@canaccordgenuity.com |
| Subject: | Renewal Notice #2 |
| Attachments: | image001.png; image002.jpg |

5 East 37th Street 5th Floor

New York, NY 10016-2807

E-Mail: :
customerservice@energyintel.com

Phone: 212-532-1112   Fax: 212-532-4479

June 4, 2015

Order #3022859/**ER2**

Ms. Christy Valette

Research Asst.

Canaccord Capital Corp.

450 First St. SW #2200

Calgary AB  T2P 5P8

CANADA

Dear Ms. Christy Valette,

Your subscription to "**Petroleum Intelligence Weekly**" is scheduled to expire **July 27, 2015**. To ensure there are no interruptions in our service to you, please take a brief moment to complete the attached form and return it with your payment. To pay by credit card, fax the renewal form below to 1-212-532-4479; call 1-212-532-1112; or email us at subscriptions@energyintel.com. We will process your renewal promptly. Please note prices are subject to change without notification.

Please don't hesitate to contact me if you have any questions about your renewal or about the upgraded services we are now providing you through our recently redesigned website.

Sincerely,

Deborah A. Brown

Account Services Manager

dbrown@energyintel.com

---

*Please return this portion with your payment.* ER2

| Publication: Petroleum Intelligence Weekly | | Frequency: Monday | |
|---|---|---|---|
| Current Format: Email | | Expiration Date: July 27, 2015 | |
| Number of Authorized Users: 1 | | Authorized User: Ms. Christy Valette | |
| Web Full Archives | Web Standard | Email | Print Edition |
| ☐ $4,195 | ☐ $3,695 | ☐ $3,695 | ☐ $4,995 |

**Texas Subscriber:** If you are a subscriber in the state of Texas, we are required by the Texas Comptroller of Public Accounts Dept. to charge you Texas Sales Tax. This sales tax is reflected in the amount above and is calculated at 8.25% of 80% of the total price or 6.6%. If you are not required to remit sales tax, please furnish a Direct Pay Exemption or Resale Certificate.

Bill to:

Order #3022859

Ms. Christy Valette

Research Asst.

Canaccord Capital Corp.

450 First St. SW #2200

Calgary AB  T2P 5P8

CANADA

Ship to:

Ms. Christy Valette

Research Asst.

Canaccord Capital Corp.

450 First St. SW #2200

Calgary AB  T2P 5P8

CANADA

E-Mail Address (This is the Bill-to Email address): cvalette@canaccordgenuity.com

**Methods of Payment:**

Credit Card Information:

_____     _____   _____
MC/VISA/AMEX CARD NO.            EXPIRATION DATE       SIGNATURE


_____     _____
CARD HOLDER NAME                 COMPANY NAME (if company card)


Checks: (send to:                Wire Transfers:

Energy Intelligence Group Inc.   Citibank, N.A., New York, NY 10016

5 East 37th Street, 5th Floor    ABA Route: 021000089

New York, NY 10016               Favor of Energy Intelligence Group, Inc

Make payable to: Energy Intelligence Group, Inc.    ▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

Checks drawn on foreign banks are subject to processing fees.    Please add $25 EFT Service Fee


Please include above order number to ensure payment is applied to correct account.


By payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's Terms and Conditions shown below.


> This SUBSCRIPTION AGREEMENT is a legal and binding agreement between the subscriber identified on this invoice under "Bill to" and/or "Shipped to" notation ("Subscriber" or "you") and Energy Intelligence Group,

Inc. ("EIG") governing your access to and/or use of the EIG publications, products and/or services described on this invoice ("EIG Services"). Your payment for and/or your use of the EIG Services signifies your acceptance of, and agreement to, the terms and conditions of this Subscription Agreement.

USE OF EIG SERVICES. EIG Services may be accessed and/or used solely by the individual(s) expressly named on this invoice under the "Shipped to" notation ("Authorized User(s)"). An Authorized User can only be a living individual and never a company, organization or any other entity. EIG Services may be accessed via EIG's website and/or provided by e-mail, facsimile, postal service or other delivery method expressly authorized by EIG. Subscriber shall permit only Authorized User(s) to access and use the EIG Services, and each such Authorized User is bound by the terms of this Agreement. Each Authorized User is authorized to access and use the EIG Services on an individual, per-person basis through the creation of a unique password, the validation of a unique e-mail address, and/or other method designated by EIG. No generic user name or e-mail address that would not allow the identity of an Authorized User to be ascertained may be used. Use of the EIG Services by any person not an Authorized User is prohibited. Except as expressly provided in this Subscription Agreement, nothing contained herein shall be construed as conferring any additional license or right under any copyright or any other intellectual property right.

COPYRIGHT. The text, images and other materials and information contained, displayed or accessible to you as part of any of the EIG Services are proprietary to EIG, except where otherwise noted, and constitute valuable intellectual property. No material from any part of the EIG Services may be copied, modified, translated, altered, amended, downloaded, archived, transmitted, posted, broadcast, transferred, forwarded, assigned, reproduced or in any other way used or otherwise disseminated in any form for the benefit of any unauthorized third party not subject to a valid and subsisting license agreement with EIG for the same EIG Services, without the explicit written consent of EIG. No content of any of the EIG Services may be stored in any shared electronic database or used to create historical compilations or analyses. All unauthorized reproductions, or disseminations or other uses of material contained in the EIG Services shall be deemed willful infringement of EIG's copyright and/or other proprietary and intellectual property rights. EIG expressly reserves all rights in connection with its intellectual property, including without limitation the right to block the transfer of its products and services and/or to track usage thereof, through electronic tracking technology, and all other lawful means, now known or hereafter devised. EIG reserves the right, without further notice, to pursue to the fullest extent allowed by the law any and all criminal and civil remedies for the violations of its rights throughout the world. Without limiting any of the foregoing, this Agreement and/or any EIG Services may be terminated by EIG in the event that Subscriber breaches any of the terms hereof. For permission to photocopy and/or use any information contained in the EIG Services beyond the uses permitted herein, please access the appropriate information/article at www.energyintel.com and follow the instructions for Pay-per-Article access.

DISCLAIMER AND LIMITATION OF LIABILITY; INDEMNITY. While EIG will use reasonable efforts to provide up-to-date and accurate information, EIG does not guarantee any information and makes no warranties or representations as to the completeness, currency or accuracy of the information and assumes no liability or responsibility for any inaccuracies, errors or omissions in the information provided. EIG shall not be liable to any party for any loss or damage whether or not due to reliance placed by you on information, materials, or content available through the EIG Services. You expressly acknowledge and agree that your use of the EIG Services is at your own risk. All information available through the EIG Services is provided on an "AS IS" basis. The content of the EIG Services is subject to change without notice. EIG makes no warranty that the EIG Services will meet requirements not provided for herein, be uninterrupted, secure or error free, or that any website of EIG's used to provide the EIG Services is free of viruses. EIG SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING ANY INFORMATION PROVIDED THROUGH OR IN CONNECTION WITH THE EIG SERVICES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR USE, AND WARRANTIES AS TO THE ACCURACY, COMPLETENESS OR CONTENT OF ANY INFORMATION AVAILABLE THROUGH THE EIG SERVICES. In no event shall EIG, its affiliates, EIG's and such affiliates' principals, directors, officers, employees, agents, representatives, successors and/or assigns be liable for any indirect, consequential, special, incidental or punitive damages. You agree to indemnify, defend and hold harmless EIG, its affiliates, and EIG's and such affiliates' principals, directors, officers, employees, agents and representatives from and against any and all actions, causes of action, suits, damages, liabilities, losses, claims and demands of whatever kind or nature, at law or in equity, directly or indirectly, arising out of or in any way related to your and/or any Authorized User's violation of the terms of this Subscription Agreement and your and/or any Authorized User's use of the EIG Services, and all costs and expenses incurred by EIG and/or its affiliates as a result thereof, including attorneys' fees and court costs.

REFUNDS AND PRIVACY. EIG does not provide cash refunds of the subscription fee but will at its sole discretion issue credits for other publications and/or services if for any reason you are not satisfied with the EIG Services. Credits expire within one year of cancellation of the applicable subscription. The information EIG collects from you and/or Authorized User(s) may be used by EIG to fulfill your order, compile statistical data reflecting EIG title readership, notify you of new and updated publications, features and/or services, help development of such new and updated publications, features and/or services, and to identify an Authorized User when accessing the EIG Services. EIG may pass this information to select outside companies whose products or services we feel may be of interest to you and/or your business. EIG does not, at any time, provide its subscriber names for list rental. It may disclose your and/or Authorized Users' personal information if EIG is required to do so by law, to comply with legal process, to protect and defend EIG's rights and property, and to protect against misuse or unauthorized use of the EIG Services. You and the Authorized User(s) consent to the use, transfer and disclosure of personal information for the purposes described above, and accept that such use may be conducted by a third party or may occur in another country that may not be deemed by your and each Authorized User's

country to provide an adequate level of protection. If you have questions or prefer not to receive promotional materials from EIG, please contact customer service as provided below.

**GENERAL PROVISIONS, CUSTOMER SERVICE.** This Subscription Agreement (a) contains the complete and exclusive agreement between you, Authorized User(s) and EIG for the EIG Services; (b) may not be amended and/or modified without the express written consent of EIG; (c) shall be governed by and construed and enforced in accordance with the laws of the State of New York, without regard to its conflicts of law principles and you hereby agree that any cause of action that you may have with respect to EIG must be filed in a federal or state court in New York, New York, U.S.A. within two (2) months of the time in which the events giving rise to such claim began, or you agree to waive such claim; and (d) may be enforced by any equitable remedy without limiting the right of EIG to proceed at law for such relief as may be available. If any provision of this Agreement is held to be unenforceable, the unenforceable portion shall be construed in accordance with applicable law to the greatest extent possible and the remainder of the provisions shall remain in full force and effect. For any delivery problems or e-mail, address, phone or fax changes, please e-mail customerservice@energyintel.com. Please be sure to include your customer number, full subscriber/company name and address in your e-mail. You may also contact EIG by phone at 1 212-532-1112, or by fax at 1 212-532-4479.