# EXHIBIT I

| | |
|---|---|
| From: | Syropoulo, John <JSyropoulo@canaccordgenuity.com> |
| Sent: | Monday, August 24, 2015 2:35 AM |
| To: | 'Energy Intelligence' |
| Subject: | RE: Petroleum Intelligence Weekly, August 3, 2015 |

Christy – do we still get this publication? I do not think I've see it in recent weeks. Thanks, John

**From:** Energy Intelligence [mailto:pdf_alert@energyintel.com]
**Sent:** Thursday, July 30, 2015 10:22 PM
**To:** Valette, Christy
**Subject:** Petroleum Intelligence Weekly, August 3, 2015



## Petroleum Intelligence Weekly

August 3, 2015

**Your latest issue of Petroleum Intelligence Weekly is attached.**

You may also be interested in viewing some of the latest free content from our website. Please click on the articles below to see the latest from In Focus and World Energy Opinion.

## World Energy Opinion



### Cheap Oil Good for GDP -- In Time

It would be premature to give up on the promised broader economic benefits of lower oil prices in oil importing countries, despite all the talk of late of the failure of the US economy, in particular, and the global ...



### Kirkuk: Key to Iraq's Future

Kirkuk -- the birthplace of Iraq's oil industry -- stands on the front lines of the war with the radical Islamic State group and also at the nexus of the conflict over oil and budget revenues that divides Baghdad and the ...

1

In Focus



US E&Ps' Financial Breaking Point

With the financial health of US independent producers something of a ticking time bomb, there's little solace to be found in US benchmark crude's recent descent back below $50 per barrel.



How Serious Are Iran's LNG Plans?

It's a terrible time to be investing in LNG. The market is well supplied, big new volumes are planned from cheap shale gas in North America and prevailing gas prices remain low.

Report a problem

Copyright © 2015 Energy Intelligence Group, Inc. All rights reserved.

Reproduction or distribution internally or externally in any manner (photostatically, electronically, or via facsimile), including by sharing printed copies, or forwarding or posting on local and wide-area networks and intranets, or sharing user name and password, is strictly prohibited without appropriate license from Energy Intelligence. Contact customerservice@energyintel.com for more information.

The information contained herein has been compiled by Canaccord Genuity Limited. ("CGL") from sources believed to be reliable, but no representation or warranty, express or implied, is made by CGL, its affiliates or any other person as to its accuracy, completeness or correctness. All estimates, opinions and other information contained herein are subject to change without notice and are provided in good faith but without legal responsibility or liability. Opinion may be personal to the author and may not reflect the opinions of CGL. Communications from sales persons, sales traders or traders should not be regarded as investment research and may contain opinions or trading ideas which are different from CGL research opinions. CGL and its affiliates may have a Corporate Finance or other relationship with any company mentioned herein and the relevant research disclosures can be found on CGL's website at http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx. The information herein is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any Designated Investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the Designated Investments discussed herein may not be eligible for sale in some jurisdictions. This is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the fullest extent permitted by law, neither CGL, its affiliates nor any other person accepts any liability whatsoever for any direct or consequential loss arising from any use of the information contained herein.

The information herein may not be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of CGL. This email, including any attachments, is confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, any distribution,

use or copying of this email or the information it contains is unauthorised. If you received this email in error, please advise the sender (by return email or otherwise) immediately and please delete this message and any attachments from your system.

Canaccord Genuity Limited is a Limited Company registered in England and Wales: no. 1774003; registered office: 88 Wood Street, London EC2V 7QR. Canaccord Genuity Limited is authorised and regulated by the Financial Conduct Authority and is a member of the London Stock Exchange.